UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03 - 20233 CR - LENARD

18 U.S.C. §911
18 U.S.C. §1015 (f)
18 U.S.C. §100 MAGISTRATE JUDGE
SIMONTON

UNITED STATES OF AMERICA

v.

RAFAEL VELASQUEZ

_____/

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about October 30, 1998, in Miami, Miami-Dade County, in the Southern District of Florida, the defendant,

**RAFAEL VELASQUEZ,**

an alien, did falsely and willfully represent himself to be a citizen of the United States, in that he claimed he was a United States citizen when changing his address with the office of the Supervisor of Elections for Miami-Dade County, in violation of Title 18, United States Code, Section 911.

## COUNT TWO

On or about October 30, 1998, in Miami, Miami-Dade County, in the Southern District of Florida, the defendant,

### RAFAEL VELASQUEZ,

an alien, knowingly made a false statement and claim that he was a citizen of the United States, in order to vote in a Federal, State and local election, in that he falsely stated and claimed that he was a United States citizen when changing his address with the office of the Supervisor of Elections for Miami-Dade County, in violation of Title 18, United States Code, Section 1015(f).

## COUNT THREE

On or about April 19, 2001, in Miami, Miami-Dade County, in the Southern District of Florida, the defendant,

### RAFAEL VELASQUEZ,

in a matter within the jurisdiction of the Immigration and Naturalization Service (INS), an agency of the United States, did knowingly and willfully make a false, fraudulent and fictitious statement and representation as to a material fact, in that the defendant stated on his Application for Naturalization, INS Form N-400, that he had never registered to vote in the United States, when, in truth and in fact, and as the defendant then and there well knew, he had registered to vote in the United States; in violation of Title 18, United States Code, Section 1001.

## COUNT FOUR

On or about April 19, 2001, in Miami, Miami-Dade County, in the Southern District of Florida, the defendant,

### RAFAEL VELASQUEZ,

in a matter within the jurisdiction of the Immigration and Naturalization Service (INS), an agency

of the United States, did knowingly and willfully make a false, fraudulent and fictitious statement

and representation as to a material fact, in that the defendant stated on his Application for

Naturalization, INS Form N-400, that he had never voted in the United States, when, in truth and in

fact, and as the defendant then and there well knew, he had voted in the United States; in violation

of Title 18, United States Code, Section 1001.


A TRUE BILL

FOREPERSON


MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY


KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**
03  CASE NO. 20233  CR - LENARD

MAGISTRATE JUDGE
SIMONTON

v.

RAFAEL VELASQUEZ
_____ Defendant____/

**CERTIFICATE OF TRIAL ATTORNEY***
**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)        Yes _____  No _____
Number of New Defendants    _____
Total number of counts        _____

__X__ Miami  _____ Key West
_____ FTL  _____ WPB _____ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:      (Yes or No) ____No____
    List language and/or dialect _____

4.  This case will take __2__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                                (Check only one)

| I | 0 to 5 days | __2__ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | __X__ |
| V | 61 days and over | _____ | | |

6.  Has this case been previously filed in this District Court? (Yes or No) __No__
    If yes:
    Judge: _____   Case No. _____
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter? (Yes or No) ____No____
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____   District of _____

    Is this a potential death penalty case? (Yes or No) _____No_____

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8.  Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500050

*Penalty Sheet(s) attached

REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# 03 - 20233 CR-LENARD

### PENALTY SHEET

MAGISTRATE JUDGE
SIMONTON

**Defendant's Name: RAFAEL VELASQUEZ**

**Case No:**

Count #: I

  False Representation as US Citizen

   18 U.S.C. §911

**\* Max.Penalty:**      3 years' imprisonment

Count #: II

  False Statement Claiming US Citizenship

   18 U.S.C. §1015(f)

**\*Max. Penalty:**      5 years' imprisonment

Count #: III

  False, Fraudulent & Fictitious Statement to INS

   18 U.S.C. §1001

**\*Max. Penalty:**      5 years' imprisonment

Count #: IV

  False, Fraudulent & Fictitious Statement to INS

   18 U.S.C. §1001

**\*Max. Penalty:**      5 years' imprisonment


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

No. 03-20233 CR-JORDAN

MAGISTRATE JUDGE
SIMONTON

UNITED STATES DISTRICT COURT

_____Southern_____District of _____Florida_____

_____Criminal_____Division

THE UNITED STATES OF AMERICA

vs.

RAFAEL VELASQUEZ

INDICTMENT

In violation of:

18 U.S.C. §§ 911, 1015(f) and 1001

A true bill.

_____
Foreman

Filed in open court this _____

of _____ A.D. 2002 _____

02-04 (MIA)

_____day,

_____
Clerk

Bail, $ _____

INDICTMENT NO. PCI 02-04-02