ko.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   03-20233-CR-LENARD

UNITED STATES OF AMERICA,

vs.

**RAFAEL VELASQUEZ**



FILED by _____ D.C.
MAG. SEC.

APR 10 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

_____

This cause came before the Court and pursuant to proceedings

held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

Pursuant to the arrest of the above named defendant,
This case is hereby **UNSEALED.**

**DONE AND ORDERED** at Miami, Florida this 10th day of APRIL
2003.

TAPE NO:03E-34 2830

_____
**UNITED STATES MAGISTRATE JUDGE
PETER R. PALERMO**