UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:   03-20233-Cr-LENARD/SIMONTON
Magistrate Judge Simonton



UNITED STATES OF AMERICA,

Plaintiff,

vs.

RAFAEL VELASQUEZ,

Defendant.
_____/

## DEFENDANT'S SUPPLEMENTAL EXHIBIT LIST

1.   Vocational Rehabilitation Application June 6, 1995;

2.   Milton Collins, Sup. Election Office, letter to defendant August 5, 2002;

3a.   I-9   July 5, 1995;

3b.   I-9   June 10, 1998;

3c.   I-9   September 28, 1999;

3d.   I-9   August, 7, 2000; and

4.   CA driver license application June 15, 2000.

5.   Defendant's Press Release from (8/02);

6.   Defendant's e-mail to Miami Herald reporter of April 11, 2003;

7.   (Deleted);

8.   Blank N-400 citizenship application, new version;

9.      Voter registration form 1995.

**WHEREFORE,** the defendant submits this supplemental exhibit list.

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Richard J. Lautenbach
Assistant Federal Public Defender
Florida Bar No.: 435813
150 West Flagler Street, Suite 1500
Miami, Florida 33130-1556
Tel.:305 536-6900/Fax: 305 530-7120

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served by fax upon

Karen Rochlin, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida, 33132-

2111 this ___4___ of September, 2003.

_____

Richard J. Lautenbach

J.\Velasquez, Rafael Reg63200-004\Pleadings\DEF.SUPPLEMENTAL.WITNESS.LIST.wpd